IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>REES, FRANK W<br>REES, CAROL L<br>REES, F. WAYNE<br><br>          Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-70780 MB<br><br>Judge  MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To:    THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES
BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES STEPHEN G. BALSLEY, Trustee herein, and respectfully submits to the Court and to the

United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.    The Petition commencing this case was filed on 04/03/07. The Trustee was appointed on 04/03/07. The

Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties

enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted

to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other

property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all

claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is

ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is

0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is

described in Exhibit B.

4.    A summary of the Trustee's Final Report as of February 17, 2009 is as follows:

|  |  |  |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $          12,754.28 |
| b. | DISBURSEMENTS (See Exhibit C) | $          1,815.01 |
| c. | NET CASH available for distribution | $          10,939.27 |
| d. | TRUSTEE/PROFESSIONAL COSTS | |

|     |     |                                                                                   |     |          |
|-----|-----|-----------------------------------------------------------------------------------|-----|----------|
|     | 1.  | Trustee compensation requested (See Exhibit F)                                    | $   | 2,025.43 |
|     | 2.  | Trustee Expenses (See Exhibit F)                                                  | $   | 0.00     |
|     | 3.  | Compensation requested by attorney or other professionals for trustee (See Exhibit F-1) | $ | 3,066.00 |
| e.  |     | Illinois Income Tax for Estate (See Exhibit G)                                    | $   | 0.00     |

5.    The Bar Date for filing unsecured claims expired on 08/09/07.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.

The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|     |                                                 |     |            |
|-----|-------------------------------------------------|-----|------------|
| a.  | Allowed unpaid secured claims                   | $   | 0.00       |
| b.  | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 5,091.43   |
| c.  | Allowed Chapter 11 Administrative Claims        | $   | 0.00       |
| d.  | Allowed priority claims                         | $   | 0.00       |
| e.  | Allowed unsecured claims                        | $   | 201,921.37 |
| f.  | Surplus return to debtor                        | $   | 0.00       |

7.    Trustee proposes that unsecured creditors receive a distribution of 2.90% of allowed claims.

8.    Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $3,066.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $3,066.00.

9.    A fee of $1,600.00 was paid to Debtor's counsel for services rendered in connection with this case.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE:   February 17, 2009

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
REES, FRANK W
REES, CAROL L
REES, F. WAYNE

CASE NO. 07-70780 MB

Judge MANUEL BARBOSA

Debtor(s)

## DISTRIBUTION REPORT

I, <u>STEPHEN G. BALSLEY</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 5,091.43 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 5,847.84 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 10,939.27 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $5,091.43 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 2,025.43 | 2,025.43 |
| | Stephen G. Balsley, Attorney for Trustee | 3,055.00 | 3,055.00 |
| | Stephen G. Balsley, Expenses Attorney for Trustee | 11.00 | 11.00 |
| | TOTAL | $ | 5,091.43 |

d. $5,847.84 for general unsecured creditors who have filed claims allowed in the total amount of $201,921.37, yielding a dividend of 2.90%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $201,921.37 | 2.90% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Spring Arbor Distibutors | 113.61 | 3.29 |
| 2 | Oasis Audio | 875.08 | 25.34 |
| 3 | Good News Publishing/Crossway Books | 631.74 | 18.30 |
| 4 | Discover Bank | 13,371.23 | 387.24 |
| 5 | Augsburg Fortress Publishers | 1,180.25 | 34.18 |
| 6 | Baker Publishing Group | 815.61 | 23.62 |
| 7 | Zondervan | 4,050.55 | 117.31 |
| 8 | Manual Woodworkers & Weavers | 795.15 | 23.03 |
| 9 | Parson Church Group | 106.90 | 3.10 |
| 10 | Sacred Spirit Design | 107.80 | 3.12 |
| 11 | Carson-Dellosa Publishing Co. | 2,060.19 | 59.66 |
| 12 | Kurt S. Adler, Inc. | 91.80 | 2.66 |
| 13 | Jesus In Our Lives | 126.59 | 3.67 |
| 14 | First National Credit Card Center | 6,289.74 | 182.16 |
| 15 | Provident Music | 848.39 | 24.57 |
| 16 | Chase Bank | 9,137.34 | 264.63 |
| 17 | Chase Bank USA, N.A. | 40,218.12 | 1,164.75 |
| 18 | Gospel Light | 202.40 | 5.86 |
| 19 | Concordia Publishing House | 1,825.30 | 52.86 |
| 20 | Home State Bank | 24,513.02 | 709.92 |
| 21 | Home State Bank | 14,810.86 | 428.94 |
| 22U | Home State Bank | 21,476.86 | 621.99 |
| 23 | Standard Publishing | 595.00 | 17.23 |
| 24 | Target National Bank / Target Visa | 5,346.22 | 154.83 |
| 25 | Target National Bank / Target Visa | 3,747.19 | 108.52 |
| 26 | Demadco | 451.64 | 13.08 |
| 27 | Universal Designs | 1,065.57 | 30.86 |
| 28 | Jilcar Development | 5,105.91 | 147.87 |
| 29 | Robert Spooner Galerie | 216.22 | 6.26 |
| 30 | Appalachian Distributors | 19,199.85 | 556.05 |
| 31 | Swanson | 170.58 | 4.94 |
| 32 | LVNV Funding LLC/Citibank USA | 107.34 | 3.11 |
| 33 | eCAST Settlement Corporation/HSBC Bank | 20,636.70 | 597.66 |

| 34 | Bob Siemon Designs | 809.89 | 23.46 |
| 35 | ComEd | 596.58 | 17.28 |
| 36 | The Lang Companies | 224.15 | 6.49 |

TOTAL        $        5,847.84

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
| --- | --- | --- | --- | --- | --- |
| Secured | 22S | Home State Bank Zukowski Rogers Flood & McArdle 50 Virginia Street Crystal Lake, IL 60014 | $ | 10,000.00 | Disallowed for purposes of distribution |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED:    February 17, 2009                 /s/Stephen G. Balsley
                                            STEPHEN G. BALSLEY, Trustee

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 2,025.43 | $ 2,025.43 |
| Stephen G. Balsley, Attorney for Trustee | $ 0.00 | $ 3,055.00 | $ 3,055.00 |
| Stephen G. Balsley, Expenses Attorney for Trustee | $ 0.00 | $ 11.00 | $ 11.00 |
| **TOTALS** | **$ 0.00** | **$ 5,091.43** | **$ 5,091.43** |

**EXHIBIT A**

**TASKS PERFORMED**

**FRANK W. REES AND CAROL L. REES**
**CHAPTER 7 BANKRUPTCY CASE NO. 07-70780**

---

The assets in this case consisted of three timeshares.  The Trustee was able to sell two of the timeshares.  The third timeshare was scheduled as having a value of $8,000.00. The Trustee was unable to find a buyer for the third timeshare, despite contacting the original developer of the timeshare complex and advertising the timeshare repeatedly for sale on the internet.  The Trustee is abandoning the timeshare with this final report.

The Trustee has determined that no income tax return is necessary to be filed for this bankruptcy estate.  The Trustee has reviewed the claims filed and has found no basis for objection.

SGB:vcg

EXHIBIT

B

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-70780 MB  
**Case Name:** REES, FRANK W  
REES, CAROL L  
**Period Ending:** 02/17/09

**Trustee:** (330410)    STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 04/03/07 (f)  
**§341(a) Meeting Date:** 05/03/07  
**Claims Bar Date:** 08/09/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4606 East Upland Drive, Crystal Lake, IL | 365,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Marriott Timeshare - Orlando, FL Cypress Harbour | 6,500.00 | 5,140.00 | | 0.00 | FA |
| 3 | Marriott Timeshare - Williamsburg, VA Manor Club | 6,500.00 | 7,500.00 | | 7,500.00 | FA |
| 4 | Checking account - Home State Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings/CD - Home State Bank | 36,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking account - Crystal Lake Bank & Trust | 1,380.00 | 0.00 | DA | 0.00 | FA |
| 7 | Misc. household goods and furnishings | 1,925.00 | 0.00 | DA | 0.00 | FA |
| 8 | Misc. books and pictures | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | Misc. jewelry | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | Misc. sports equipment | 25.00 | 0.00 | DA | 0.00 | FA |
| 12 | IRA Annuity (wife) | 41,154.90 | 0.00 | DA | 0.00 | FA |
| 13 | IRA Annuity (husband) | 25,642.17 | 0.00 | DA | 0.00 | FA |
| 14 | 100% ownership in Parable New Life Bookstore | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | Monthly Social Security benefits (husband) | 1,511.00 | 0.00 | DA | 0.00 | FA |
| 16 | Monthly Social Security benefits (wife) | 649.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2000 Chevrolet Venture | 6,500.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2000 Ford Taurus | 6,000.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-70780 MB

**Case Name:** REES, FRANK W
REES, CAROL L

**Period Ending:** 02/17/09

**Trustee:** (330410)    STEPHEN G. BALSLEY

**Filed (f) or Converted (c):** 04/03/07 (f)

**§341(a) Meeting Date:** 05/03/07

**Claims Bar Date:** 08/09/07

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19 | Computer | 100.00 | 0.00 | DA | 0.00 | FA |
| 20 | Timeshare in Hawaii (u) | 8,000.00 | 8,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 10.28 | Unknown |
| 21 | **Assets**       **Totals** (Excluding unknown values) | **$507,587.07** | **$20,640.00** | | **$7,510.28** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2008

**Current Projected Date Of Final Report (TFR):** February 17, 2009 (Actual)

EXHIBIT

_C_

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-70780 MB | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** REES, FRANK W | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| REES, CAROL L | **Account:** \*\*\*-\*\*\*\*\*23-65 - Money Market Account |
| **Taxpayer ID #:** 13-7595171 | **Blanket Bond:** $1,500,000.00  (per case limit) |
| **Period Ending:** 02/17/09 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/16/08 | | First American Title Insurance Company | Sale of Florida timeshare | | | 4,844.00 | | 4,844.00 |
| | | | | 5,244.00 | 1110-000 | | | 4,844.00 |
| | | | Administrative and processing fee | -400.00 | 2500-000 | | | 4,844.00 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 0.29 | | 4,844.29 |
| 05/01/08 | | Marriott Ownership Resorts, Inc. | Proceeds from sale of timeshare | | | 6,095.82 | | 10,940.11 |
| | {3} | | Proceeds from sale of timeshare | 7,500.00 | 1110-000 | | | 10,940.11 |
| | | | 2008 maintenance fee | -845.00 | 2500-000 | | | 10,940.11 |
| | | | 2008 late fees/finance charge | -59.18 | 2500-000 | | | 10,940.11 |
| | | | Deed preparation fee | -100.00 | 2500-000 | | | 10,940.11 |
| | | | Administration and processing fee | -400.00 | 2500-000 | | | 10,940.11 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 1.25 | | 10,941.36 |
| 06/03/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2008 FOR CASE #07-70780, 016018067 | | 2300-000 | | 10.83 | 10,930.53 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 1.38 | | 10,931.91 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 1.38 | | 10,933.29 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 1.29 | | 10,934.58 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 1.43 | | 10,936.01 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | | 1270-000 | 1.19 | | 10,937.20 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | | 1270-000 | 0.86 | | 10,938.06 |

Subtotals :      $10,948.89      $10.83

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-70780 MB
**Case Name:** REES, FRANK W
REES, CAROL L
**Taxpayer ID #:** 13-7595171
**Period Ending:** 02/17/09

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****23-65 - Money Market Account
**Blanket Bond:** $1,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.77 | | 10,938.83 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.44 | | 10,939.27 |
| | | | **ACCOUNT TOTALS** | | 10,950.10 | 10.83 | $10,939.27 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,950.10 | 10.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,950.10** | **$10.83** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-70780 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | REES, FRANK W | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  | REES, CAROL L | Account: | ***-*****23-66 - Checking Account |
| Taxpayer ID #: | 13-7595171 | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 02/17/09 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****23-65 | 10,950.10 | 10.83 | 10,939.27 |
| Checking # ***-*****23-66 | 0.00 | 0.00 | 0.00 |
| | $10,950.10 | $10.83 | $10,939.27 |

{} Asset reference(s)