IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
REES, FRANK W
REES, CAROL L
REES, F. WAYNE

CASE NO. 07-70780 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-8716; XXX-XX-1700

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

   At:   U.S. BANKRUPTCY COURT
         211 South Court Street, Room 220
         Rockford, IL  61101

   on:   April 20, 2009
   at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 2,025.43 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 3,055.00 ✓ | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ | 11.00 ✓ |

4. The Trustee's Final Report shows total:

   a. Receipts                              $       12,754.28

   b. Disbursements                         $        1,815.01

   c. Net Cash Available for Distribution   $       10,939.27 ✓

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $5,847.84, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $201,921.37, resulting in an approximate distribution of 2.90% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:   February 17, 2009

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: lorsmith              Page 1 of 3                   Date Rcvd: Mar 26, 2009
Case: 07-70780                 Form ID: pdf002             Total Served: 127

The following entities were served by first class mail on Mar 28, 2009.
db/jdb        +Frank W Rees,   Carol L Rees,   4606 E. Upland Drive,   Crystal Lake, IL 60012-3247
aty           +Richard T Jones,   138 Cass Street,   Woodstock, IL 60098-3254
tr            +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
                Rockford, IL 61108-2579
11278452      +AT&T,   Attn: Bankruptcy Department,   Post Office Box 57907,   Murray, UT 84157-0907
11278445      +Abba,   Post Office Box 4458,   South Bend, IN 46634-4458
11278446      +Agora,   Post Office Box 54342,   Atlanta, GA 30308-0342
11278447      +Allied Waste Services,   Post Office Box 9001154,   Louiseviille, KY 40290-1154
11278448       Amity/Rolfs,   Post Office Box 671209,   Dallas, TX 75267-1209
11278449       Anchor Distribution,   30 Hunt Valley Circle,   New Kensignton, PA 15068
11278450       Appalachian Distributors,   Post Office Box 440209,   Nashville, TN 37244-0209
11278451      +Appletree Design,   4425 McEwen,   Dallas, TX 75244-5206
11278453      +Augsburg Fortress Publishers,   Post Office Box 59304,   Minneapolis, MN 55459-0304
11278454       Baker Publishing Group,   Post Office Box 6287,   Grand Rapids, MI 49516-6287
11278455       Bancard,   Post Office Box 68103-0331
11278456       Bank of America,   Recovery Department,   Post Office Box 2278,   Norfolk, VA 23501-2278
11278457      +Barbour Publishing, Inc.,   7975 Reliable Parkway,   Chicago, IL 60686-0001
11278458       BibleQuest,   2300 Eawt Randol Mill Rd.,   Arlington, TX 76011-6333
11278459      +Biblesoft,   22014 7th Ave. S,   Seattle, WA 98198-6235
11278460      +Bob Siemon Designs,   3501 W. Segerstrom Ave.,   Santa Ana, CA 92704-6449
11278461      +Brainy Baby,   1200 Alpa Drive, #B,   Alpharetta, GA 30004-3923
11278462      +Brentwood-Benson,   Bin 88410,   Milwaukee, WI 53288-0001
11278463      +Bristol Gift Co.,   Post Office Box 425,   Washington, NY 10992-0425
11278464      +Broadman & Holman Pub.,   127 9th Avenue North,   Nashville, TN 37234-1003
11278472      +CNI Distribution,   5584 Mt. View Rd.,   Nashville, TN 37013-6807
11278465       Capital One,   1957 Westmoreland Road,   Post Office Box 26094,   Richmond, VA 23260-6094
11278466       Carpentree, Inc.,   Post Office Box 21568,   Tulsa, OK 74121-1568
11278467       Carson-Dellosa Publishing Co.,   Post Office Box 1070,   Charlotte, NC 28201-1070
11411676       Chase Bank,   PO BOX 15145,   Wilmington, DE 19850-5145
11424427       Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   PO Box 3978,   Seattle, WA 981243978
11278468       Chase Card Service,   Post Office Box 15129,   Wilmington, DE 19850-5129
11278469      +Chordant Distribution Group,   101 Winners Circle,   Brentwood, TN 37027-5352
11278470      +Christian Art Gifts,   1025 N. Lombard Rd.,   Lombard, IL 60148-1238
11278471      +Classical Heirlooms,   179 Meadowbrook Dr.,   Forest City, NC 28043-9679
11278474       Concordia Publishing House,   3558 S. Jefferson Ave.,   St. Louis, MO 63118-3968
11278475      +Cook Communications Ministries,   4050 Lee Vance View,   Colorado Springs, CO 80918-7100
11278476      +Cosmos Gifts Corp.,   4425 McEwen Rd.,   Dallas, TX 75244-5206
11278477      +Cottage Garden Collections,   7796 N. Co. Rd. 100,   East Bainbridge, IN 46105-9707
11278478       Countrywide Home Loans,   Attn: Bankruptcy Dept.,   Post Office Box 5170,
                Simi Valley, CA 93062-5170
11278479       Dayspring Cards,   Post Office box 1010,   Siloam Springs, AR 72761-1010
11278480       Demadco,   Post Office Box 803314,   Kansas City, MO 64180-3314
11278481      +Destiny Image, Inc.,   Post Office Box 310,   Shippensburg, PA 17257-0310
11278482      +Dexsa,   Post Office Box 109,   Hudson, WI 54016-0109
11278483      +Diamond Comic Distributors, Inc.,   1966 Greenspring Drive, #300,   Timonium, MD 21093-7609
11278484      +Dicksons,   Post Office Box 269,   Seymour, IN 47274
11278486      +Divinity Boutique,   18807 Miles Road,   Warrensville Hts, OH 44128-4126
11278487      +Down to Earth Pottery,   303 Arrawanna St.,   Colorado Springs, CO 80909-6201
11278488      +Faith Collection/Drake Design,   Post Office box 722410,   Norman, OK 73070-8827
11278489       First Bancard,   Post Office Box 2951,   Omaha, NE 68103-2951
11397935      +First National Credit Card Center,   Div. of First National Bank of Omaha,
                1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0003
11278490      +Friberg Fine Art,   5206 Pinemont Drive,   Salt Lake City, UT 84123-4607
11278493       GM Card,   Post Office Box 88000,   Baltimore, MD 21288-3000
11278491      +Genmore Corp.,   2280 E. Locust Ct.,   Ontario, CA 91761-7699
11278492       Genmore Corp.,   c/o Lewis, Howard & Assoc.,   Post Office Box 4601,   West Hills, CA 91308-4601
11278494      +Godstrong,   5816 W. Brookmere,   Edwards, IL 61528-9590
11278495      +Good News Publishing/Crossway Books,   1300 Crescent Street,   Wheaton, IL 60187-5883
11278496       Gospel Light,   Post Office box 7047,   Oxnard, CA 93031-7047
11278497      +Gospitality,   752 Lake Jessie Dr.,   Winter Haven, FL 33881-1150
11278498      +Group Publishing, Inc.,   Post Office Box 366,   Loveland, CO 80539-0366
11278499      +Heavenkept,   7418 jefferson Street,   Kansas City, MO 64114-1520
11278500       Hendrickson Publishing,   Post Office Box 3473,   Peabody, MA 01961-3473
11278501      +Heritage Lace,   Post Office Box 328,   Pella, IA 50219-0328
11278502      +His Gem, LLC,   8107 Main Street,   Allenburg, MO 63732-6132
11278503      +Home State Bank,   Zukowski Rogers Flood & McArdle,   50 Virginia Street,
                Crystal Lake, Illinois 60014-4126
11278504      +Ideals Publications, Inc.,   535 Metroplex Drive, #250,   Nashville, TN 37211-3176
11278505      +Ingram Periodals, Inc.,   Post Office Box 65273,   Charlotte, NC 28265-0273
11278506       James Hamlin & Co.,   Post Office Box 789,   Antioch, IL 60002-0789
11278507      +Jesus in our Lives,   1061 Springwood Dr SE,   Kentwood, MI 49508-6057
11278508      +Jilcar Development,   c/o Michael Kalland,   Kalland Law Office,   167 E Chicago St,
                Elgin IL 60120-5523
11278509      +Joan Baker Designs,   1130 Via Callejon,   San Clemente, CA 92673-6265
11278510       Kregel Publications,   Post Office box 2607,   Grand Rapids, MI 49501-2607
11278511      +Kurt S. Adler, Inc.,   Attn: Frank Liphalo-Credit Mgr,   7 West 34th St,
                New York, NY 10001-8100
11278512       Lady Jayne, Ltd.,   665 Phylis Drive,   Cypress, CA 90630
11278513       Lawson Falle,   22183 Network Place,   Chicago, IL 60673-1221
11278514      +Living Branches,   2720 E. Miraloma Ave.,   Anaheim, CA 92806-1701
11278515      +Living Stones,   8489 Green Valley Rd., SE,   Caledonia, MI 49316-7950
11278516      +Living Stream Ministry,   Post Office box 2121,   Anaheim, CA 92814-0121
11278517      +M-Pressions,   Post Office Box 23556,   Shawnee Mission, KS 66283-0556
```

```
District/off: 0752-3           User: lorsmith              Page 2 of 3                   Date Rcvd: Mar 26, 2009
Case: 07-70780                 Form ID: pdf002             Total Served: 127

11278518     +Manual Woodworkers & Weavers,   3737 Howard Gap Road,   Hendersonville, NC 28792-3174
11278519      Marriott Car Busines Card,   Cardmember Services,   Post Office Box 15153,
               Wilmington, DE 19886-5153
11278520     +Moody Bible Institute,   829 N. LaSalle,   Chicago, IL 60610
11278521      Multnomah SDS-12-2188,   Post Office Box 86,   Minneapolis, MN 55486-2188
11278522     +Navpress,   Post Office Box 35003,   Colorado Springs, CO 80935-3503
11278523     +Nazarene Publishing House,   Post Office Box 419527,   Kansas City, MO 64141-6527
11278524     +Nest Family Entertainment,   1461 S. Beltline Rd.,   Coppell, TX 75019-4937
11278526     +Norris Bookbinding Co., Inc.,   107 N. Stone Ave., Box 305,   Greenwood, MS 38930-5749
11278527     +Northwestern Products,   721 Industrial Park Rd.,   Ashland, WI 54806-2500
11278528     +Oasis Audio,   289 S.Main Place,   Carol Stream, IL 60188-2425
11278529     +Parable Interactive,   Post Office box 8126,   San Luis Obispo, CA 93403
11278530     +Parson Church Group,   11204 Davenport St., #100,   Omaha, NE 68154-2658
11278531     +Plain Jane,   9170 S. Choctaw,   Baton Rouge, LA 70815-8816
11278532      Provident Music,   MSC 30544,   Post Office Box 415000,   Nashville, TN 37241-5000
11278536     +RGU Group,   560 W. Southern Ave.,   Tempe, AZ 85282-4506
11278533      Random House, Inc.,   Dept. CH 10401,   Palatine, IL 60055-0401
11278534     +Red Letter Nine,   2910 Kerry Forest Pkway, D4,   Tallahassee, FL 32309-6828
11278535     +Revelation Products,   2200 Forte Ct.,   Maryland Heights, MO 63043-4204
11278537     +Robert Spooner Galerie,   505 Century Pkwy, Suite 100,   Allen TX 75013-8040
11278538     +Sacred Spirit Design,   Post OfficeBox 1226,   Fayetteville, AR 72702-1226
11278539     +Sanis Enterprises, Inc.,   2210 Hutton Dr., #104,   Carrollton, TX 75006-8371
11278540      Scripture Candy 110,   12th Street North,   Birmingham, AL 35203
11278541     +Silvestri,   Post Office Box 277870,   Atlanta, GA 30384-7870
11278542     +Spartan-Elgin LLC,   c/o Northside Management, Inc.,   125 N. Halsted, #203,
               Chicago, IL 60661-2159
11278543     +Spirituals, LLC,   5609 Blessey St., #A,   Harahan, LA 70123-7007
11278544      Spring Arbor Distibutors,   1 Ingram Blvd.,,   LaVergne, TN 37086-3629
11278545     +Standard Publishing,   8121 Hamiton Ave.,   Cincinnati, OH 45231-2323
11278546     +Swanson,   1200 Park Avenu,   Murfresboro, TN 37129-4914
11278547     +Tadpals, LLC,   619 Bohlig Rd.,   Glendale, CA 91207-1401
11278548      Target National Bank,   Post Office Box 59317,   Minneapolis, MN 55459-0317
11439405      Target National Bank / Target Visa,   c/o Weinstein & Riley, P.S.,   PO Box 3978,
               Seattle, WA 981243978
11278549     +Taylor, Bean & Whitaker,   1417 N. Magnolia Ave.,   Ocala, FL 34475-9078
11278550     +Taylor, Bean & Whitaker,   c/o Euler Hermes,   600 South 7th Street,   Louisville, KY 40203-1968
11278551     +The AIM Group, Inc.,   4275 Old Hillsboro Rd.,   Franlin, TN 37064-9585
11278552      The Lang Companies,   Attn: L K Kesler,   POB 99,   Delafield WI 53018
11278553     +The Parable Group,   Post Office Box 8126,   San Luis Obispo, CA 93403
11278554      Thomas Nelson, Inc.,   Post Office Box 440237,   Nashville, TN 37244-0237
11278555     +Tofo Zoo,   3010 Meyeridge Rd.,   Pittsburgh, PA 15209-1112
11278558      US Small Business Adminstration,   6392 Fairview Rd., #300,   Charlotte, NC 28210
11278556      United Mileage Plus,   Cardmember Services,   Post Office Box 15123,   Wilmington, DE 19850-5123
11278557     +Universal Designs,   855 West New York Ave.,   Deland, FL 32720-5200
11278559     +Word,   Post Office Box 100397,   Atlanta, GA 30384-0397
11278560     +Yellow Book,   2560 renaissance Blvd.,   King of Prussia, PA 19406-2673
11278561     +Zondervan,   5300 Patterson Ave., SE,   Grand Rapids, MI 49530-0001
11516270      eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
               POB 35480,   Newark NJ 07193-5480

The following entities were served by electronic transmission on Mar 27, 2009.
11278473     +E-mail/Text: brandy.glashin@comed.com                                         ComEd,
               Attn.: Revenue Management,   2100 Swift Drive,   Oak Brook, Illinois 60523-1559
11278485      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 27 2009 09:50:51      Discover Financial Services,
               Post Office Box 8003,   Hilliard, Ohio 43026
11373051      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 27 2009 09:50:51
               Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany OH 43054-3025
11515062      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Citibank USA,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11278525      E-mail/Text: bankrup@nicor.com                                  Nicor,   Post Office Box 2020,
               Aurora, Illinois 60507-2020
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3           User: lorsmith              Page 3 of 3              Date Rcvd: Mar 26, 2009
Case: 07-70780                 Form ID: pdf002             Total Served: 127

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 28, 2009**                    **Signature:** _Joseph Speetjens_