OK JN
7/15/09

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: REES, FRANK W | § Case No. 07-70780 |
| REES, CAROL L | § |
| REES, F. WAYNE | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $494,587.07 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $5,849.00 | Claims Discharged Without Payment: $196,072.37 |
| Total Expenses of Administration: $6,906.44 | |

3) Total gross receipts of $ 12,755.44 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,755.44 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $766,934.91 | $10,000.00 ✓ | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,906.44 ✓ | 6,906.44 | 6,906.44 ✓ |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 188,721.64 | 201,921.37 ✓ | 201,921.37 ✓ | 5,849.00 ✓ |
| **TOTAL DISBURSEMENTS** | $955,656.55 | $218,827.81 | $208,827.81 | $12,755.44 |

4) This case was originally filed under Chapter 7 on April 03, 2007. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/22/2009            By: /s/STEPHEN G. BALSLEY
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
|  | 1110-000 | 5,244.00 ✓ |
| Marriott Timeshare - Williamsburg, VA Manor Club | 1110-000 | 7,500.00 ✓ |
| Interest Income | 1270-000 | 11.44 ✓ |
| **TOTAL GROSS RECEIPTS** |  | **$12,755.44** ✓ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** |  |  | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Home State Bank | 4210-000 | N/A | 10,000.00 | 0.00 | 0.00 |
| Home State Bank | 4110-000 | 290,000.00 | N/A | 0.00 | 0.00 |
| Countrywide Home Loans | 4110-000 | 45,000.00 | N/A | 0.00 | 0.00 |
| Taylor, Bean & Whitaker | 4110-000 | 365,000.00 | N/A | 0.00 | 0.00 |
| Home State Bank | 4210-000 | 66,934.91 | N/A | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** |  | **$766,934.91** | **$10,000.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Stephen G. Balsley | 2100-000 | N/A | 2,025.43 | 2,025.43 | 2,025.43 |
| Stephen G. Balsley | 3110-000 | N/A | 3,055.00 | 3,055.00 | 3,055.00 |
| Stephen G. Balsley | 3120-000 | N/A | 11.00 | 11.00 | 11.00 |
| First American Title Insurance Company | 2500-000 | N/A | 400.00 | 400.00 | 400.00 |
| Marriott Ownership Resorts, Inc. | 2500-000 | N/A | 845.00 | 845.00 | 845.00 |
| Marriott Ownership Resorts, Inc. | 2500-000 | N/A | 59.18 | 59.18 | 59.18 |
| Marriott Ownership Resorts, Inc. | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| Marriott Ownership Resorts, Inc. | 2500-000 | N/A | 400.00 | 400.00 | 400.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 10.83 | 10.83 | 10.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,906.44 | $6,906.44 | $6,906.44 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (4/1/2009)**

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Spring Arbor Distibutors | 7100-000 | N/A | 113.61 | 113.61 | 3.29 |
| Oasis Audio | 7100-000 | N/A | 875.08 | 875.08 | 25.35 |
| Good News Publishing/Crossway Books | 7100-000 | N/A | 631.74 | 631.74 | 18.30 |
| Discover Bank | 7100-000 | N/A | 13,371.23 | 13,371.23 | 387.32 |
| Augsburg Fortress Publishers | 7100-000 | N/A | 1,180.25 | 1,180.25 | 34.19 |
| Baker Publishing Group | 7100-000 | N/A | 815.61 | 815.61 | 23.63 |
| Zondervan | 7100-000 | N/A | 4,050.55 | 4,050.55 | 117.33 |
| Manual Woodworkers & Weavers | 7100-000 | N/A | 795.15 | 795.15 | 23.03 |
| Parson Church Group | 7100-000 | N/A | 106.90 | 106.90 | 3.10 |
| Sacred Spirit Design | 7100-000 | N/A | 107.80 | 107.80 | 3.12 |
| Carson-Dellosa Publishing Co. | 7100-000 | N/A | 2,060.19 | 2,060.19 | 59.68 |
| Kurt S. Adler, Inc. | 7100-000 | N/A | 91.80 | 91.80 | 2.66 |
| Jesus In Our Lives | 7100-000 | N/A | 126.59 | 126.59 | 3.67 |
| First National Credit Card Center | 7100-000 | N/A | 6,289.74 | 6,289.74 | 182.19 |
| Provident Music | 7100-000 | N/A | 848.39 | 848.39 | 24.58 |
| Chase Bank | 7100-000 | N/A | 9,137.34 | 9,137.34 | 264.68 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 40,218.12 | 40,218.12 | 1,164.99 |
| Gospel Light | 7100-000 | N/A | 202.40 | 202.40 | 5.86 |
| Concordia Publishing House | 7100-000 | N/A | 1,825.30 | 1,825.30 | 52.87 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Home State Bank | 7100-000 | N/A | 24,513.02 | 24,513.02 | 710.06 |
| Home State Bank | 7100-000 | N/A | 14,810.86 | 14,810.86 | 429.02 |
| Home State Bank | 7100-000 | N/A | 21,476.86 | 21,476.86 | 622.11 |
| Standard Publishing | 7100-000 | N/A | 595.00 | 595.00 | 17.24 |
| Target National Bank / Target Visa | 7100-000 | N/A | 5,346.22 | 5,346.22 | 154.86 |
| Target National Bank / Target Visa | 7100-000 | N/A | 3,747.19 | 3,747.19 | 108.54 |
| Demadco | 7100-000 | N/A | 451.64 | 451.64 | 13.08 |
| Universal Designs | 7100-000 | N/A | 1,065.57 | 1,065.57 | 30.87 |
| Jilcar Development | 7100-000 | N/A | 5,105.91 | 5,105.91 | 147.90 |
| Robert Spooner Galerie | 7100-000 | N/A | 216.22 | 216.22 | 6.26 |
| Appalachian Distributors | 7100-000 | N/A | 19,199.85 | 19,199.85 | 556.16 |
| Swanson | 7100-000 | N/A | 170.58 | 170.58 | 4.94 |
| LVNV Funding LLC/Citibank USA | 7100-000 | N/A | 107.34 | 107.34 | 3.11 |
| eCAST Settlement Corporation/HSBC Bank | 7100-000 | N/A | 20,636.70 | 20,636.70 | 597.78 |
| Bob Siemon Designs | 7100-000 | N/A | 809.89 | 809.89 | 23.46 |
| ComEd | 7100-000 | N/A | 596.58 | 596.58 | 17.28 |
| The Lang Companies | 7100-000 | N/A | 224.15 | 224.15 | 6.49 |
| Grouped Unsecured Claims over 50 | 7100-000 | 188,721.64 | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $188,721.64 | $201,921.37 | $201,921.37 | $5,849.00 |

**UST Form 101-7-TDR (4/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 07-70780 | Trustee: | (330410) STEPHEN G. BALSLEY |
|---|---|---|---|
| Case Name: | REES, FRANK W | Filed (f) or Converted (c): | 04/03/07 (f) |
| | REES, CAROL L | §341(a) Meeting Date: | 05/03/07 |
| Period Ending: | 06/22/09 | Claims Bar Date: | 08/09/07 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 4606 East Upland Drive, Crystal Lake, IL | 365,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Marriott Timeshare - Orlando, FL Cypress Harbour | 6,500.00 | 5,140.00 | | 0.00 | FA |
| 3 | Marriott Timeshare - Williamsburg, VA Manor Club | 6,500.00 | 7,500.00 | | 7,500.00 | FA |
| 4 | Checking account - Home State Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings/CD - Home State Bank | 36,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking account - Crystal Lake Bank & Trust | 1,380.00 | 0.00 | DA | 0.00 | FA |
| 7 | Misc. household goods and furnishings | 1,925.00 | 0.00 | DA | 0.00 | FA |
| 8 | Misc. books and pictures | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | Misc. jewelry | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | Misc. sports equipment | 25.00 | 0.00 | DA | 0.00 | FA |
| 12 | IRA Annuity (wife) | 41,154.90 | 0.00 | DA | 0.00 | FA |
| 13 | IRA Annuity (husband) | 25,642.17 | 0.00 | DA | 0.00 | FA |
| 14 | 100% ownership in Parable New Life Bookstore | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | Monthly Social Security benefits (husband) | 1,511.00 | 0.00 | DA | 0.00 | FA |
| 16 | Monthly Social Security benefits (wife) | 649.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2000 Chevrolet Venture | 6,500.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2000 Ford Taurus | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | Computer | 100.00 | 0.00 | DA | 0.00 | FA |
| 20 | Timeshare in Hawaii (u) | 8,000.00 | 8,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 11.44 | FA |
| 21 | Assets Totals (Excluding unknown values) | $507,587.07 | $20,640.00 | | $7,511.44 | $0.00 |

**Major Activities Affecting Case Closing:**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 07-70780 | Trustee: | (330410) STEPHEN G. BALSLEY |
| --- | --- | --- | --- |
| Case Name: | REES, FRANK W | Filed (f) or Converted (c): | 04/03/07 (f) |
| | REES, CAROL L | §341(a) Meeting Date: | 05/03/07 |
| Period Ending: | 06/22/09 | Claims Bar Date: | 08/09/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): December 31, 2008    Current Projected Date Of Final Report (TFR): February 17, 2009 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-70780 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | REES, FRANK W | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | REES, CAROL L | | Account: | ***-*****23-65 - Money Market Account |
| Taxpayer ID #: | 13-7595171 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/22/09 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/16/08 | | First American Title Insurance Company | Sale of Florida timeshare | | | 4,844.00 | | 4,844.00 |
| | | | | 5,244.00 | 1110-000 | | | 4,844.00 |
| | | | Administrative and processing fee | -400.00 | 2500-000 | | | 4,844.00 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 0.29 | | 4,844.29 |
| 05/01/08 | | Marriott Ownership Resorts, Inc. | Proceeds from sale of timeshare | | | 6,095.82 | | 10,940.11 |
| | {3} | | Proceeds from sale of timeshare | 7,500.00 | 1110-000 | | | 10,940.11 |
| | | | 2008 maintenance fee | -845.00 | 2500-000 | | | 10,940.11 |
| | | | 2008 late fees/finance charge | -59.18 | 2500-000 | | | 10,940.11 |
| | | | Deed preparation fee | -100.00 | 2500-000 | | | 10,940.11 |
| | | | Administration and processing fee | -400.00 | 2500-000 | | | 10,940.11 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 1.25 | | 10,941.36 |
| 06/03/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2008 FOR CASE #07-70780, 016018067 | | 2300-000 | | 10.83 | 10,930.53 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 1.38 | | 10,931.91 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 1.38 | | 10,933.29 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 1.29 | | 10,934.58 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 1.43 | | 10,936.01 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | | 1270-000 | 1.19 | | 10,937.20 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | | 1270-000 | 0.86 | | 10,938.06 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.77 | | 10,938.83 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.44 | | 10,939.27 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.41 | | 10,939.68 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.47 | | 10,940.15 |
| 04/20/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | | 1270-000 | 0.28 | | 10,940.43 |
| 04/20/09 | | To Account #*********2366 | Transfer funds from MMA to checking account | | 9999-000 | | 10,940.43 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 10,951.26 | 10,951.26 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 10,940.43 | |
| | | | **Subtotal** | | | 10,951.26 | 10.83 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$10,951.26** | **$10.83** | |

{} Asset reference(s)                Printed: 06/22/2009 02:13 PM    V.11.21

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 07-70780 | Trustee: STEPHEN G. BALSLEY (330410) |
| Case Name: REES, FRANK W / REES, CAROL L | Bank Name: JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: 13-7595171 | Account: ***-*****23-66 - Checking Account |
| Period Ending: 06/22/09 | Blanket Bond: $1,500,000.00 (per case limit) |
| | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref#}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/09 | | From Account #********2365 | Transfer funds from MMA to checking account | 9999-000 | 10,940.43 | | 10,940.43 |
| 04/20/09 | 101 | Stephen G. Balsley | Dividend paid 100.00% on $3,055.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,055.00 | 7,885.43 |
| 04/20/09 | 102 | Stephen G. Balsley | Dividend paid 100.00% on $11.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 11.00 | 7,874.43 |
| 04/20/09 | 103 | Stephen G. Balsley | Dividend paid 100.00% on $2,025.43, Trustee Compensation; Reference: | 2100-000 | | 2,025.43 | 5,849.00 |
| 04/20/09 | 104 | Oasis Audio | Dividend paid 2.89% on $875.08; Claim# 2; Filed: $875.08; Reference: P166 | 7100-000 | | 25.35 | 5,823.65 |
| 04/20/09 | 105 | Good News Publishing/Crossway Books | Dividend paid 2.89% on $631.74; Claim# 3; Filed: $631.74; Reference: 2547 | 7100-000 | | 18.30 | 5,805.35 |
| 04/20/09 | 106 | Discover Bank | Dividend paid 2.89% on $13,371.23; Claim# 4; Filed: $13,371.23; Reference: 7077501061 | 7100-000 | | 387.32 | 5,418.03 |
| 04/20/09 | 107 | Augsburg Fortress Publishers | Dividend paid 2.89% on $1,180.25; Claim# 5; Filed: $1,180.25; Reference: 0103590101 | 7100-000 | | 34.19 | 5,383.84 |
| 04/20/09 | 108 | Baker Publishing Group | Dividend paid 2.89% on $815.61; Claim# 6; Filed: $815.61; Reference: 103670 | 7100-000 | | 23.63 | 5,360.21 |
| 04/20/09 | 109 | Zondervan | Dividend paid 2.89% on $4,050.55; Claim# 7; Filed: $4,050.55; Reference: 9081341000 | 7100-000 | | 117.33 | 5,242.88 |
| 04/20/09 | 110 | Manual Woodworkers & Weavers | Dividend paid 2.89% on $795.15; Claim# 8; Filed: $795.15; Reference: 86468 | 7100-000 | | 23.03 | 5,219.85 |
| 04/20/09 | 111 | Carson-Dellosa Publishing Co. | Dividend paid 2.89% on $2,060.19; Claim# 11; Filed: $2,060.19; Reference: 54450 | 7100-000 | | 59.68 | 5,160.17 |
| 04/20/09 | 112 | First National Credit Card Center | Dividend paid 2.89% on $6,289.74; Claim# 14; Filed: $6,289.74; Reference: XXXX-4092-3599-2543 | 7100-000 | | 182.19 | 4,977.98 |
| 04/20/09 | 113 | Provident Music | Dividend paid 2.89% on $848.39; Claim# 15; Filed: $848.39; Reference: 1030053 | 7100-000 | | 24.58 | 4,953.40 |
| 04/20/09 | 114 | Chase Bank | Dividend paid 2.89% on $9,137.34; Claim# 16; Filed: $9,137.34; Reference: 4246311340182903 | 7100-000 | | 264.68 | 4,688.72 |
| 04/20/09 | 115 | Chase Bank USA, N.A. | Dividend paid 2.89% on $40,218.12; Claim# 17; Filed: $40,218.12; Reference: XXXXXXXXXXX2929 | 7100-000 | | 1,164.99 | 3,523.73 |
| 04/20/09 | 116 | Gospel Light | Dividend paid 2.89% on $202.40; Claim# 18; Filed: $202.40; Reference: 7643 | 7100-000 | | 5.86 | 3,517.87 |
| 04/20/09 | 117 | Concordia Publishing House | Dividend paid 2.89% on $1,825.30; Claim# 19; Filed: $1,825.30; Reference: 80000394 | 7100-000 | | 52.87 | 3,465.00 |
| 04/20/09 | 118 | Home State Bank | Dividend paid 2.89% on $24,513.02; Claim# 20; Filed: $24,513.02; Reference: 8069 | 7100-000 | | 710.06 | 2,754.94 |
| | | | Subtotals: | | $10,940.43 | $8,185.49 | |

{} Asset reference(s)                                                                                                 Printed: 06/22/2009 02:13 PM    V.11.21

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 07-70780 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | REES, FRANK W | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | REES, CAROL L | | Account: | \*\*\*-\*\*\*\*\*23-66 - Checking Account |
| Taxpayer ID #: | 13-7595171 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/22/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/09 | 119 | Home State Bank | Dividend paid 2.89% on $14,810.86; Claim# 21; Filed: $14,810.86; Reference: 8058 | 7100-000 | | 429.02 ✓ | 2,325.92 |
| 04/20/09 | 120 | Home State Bank | Dividend paid 2.89% on $21,476.86; Claim# 22U; Filed: $21,476.86; Reference: 6454 | 7100-000 | | 622.11 ✓ | 1,703.81 |
| 04/20/09 | 121 | Standard Publishing | Dividend paid 2.89% on $595.00; Claim# 23; Filed: $595.00; Reference: 040460 | 7100-000 | | 17.24 ✓ | 1,686.57 |
| 04/20/09 | 122 | Target National Bank / Target Visa | Dividend paid 2.89% on $5,346.22; Claim# 24; Filed: $5,346.22; Reference: XXXXXXXXXXXX2733 | 7100-000 | | 154.86 ✓ | 1,531.71 |
| 04/20/09 | 123 | Target National Bank / Target Visa | Dividend paid 2.89% on $3,747.19; Claim# 25; Filed: $3,747.19; Reference: XXXXXXXXXXXX3319 | 7100-000 | | 108.54 ✓ | 1,423.17 |
| 04/20/09 | 124 | Demadco | Dividend paid 2.89% on $451.64; Claim# 26; Filed: $451.64; Reference: 39255 | 7100-000 | | 13.08 ✓ | 1,410.09 |
| 04/20/09 | 125 | Universal Designs | Dividend paid 2.89% on $1,065.57; Claim# 27; Filed: $1,065.57; Reference: 701497 | 7100-000 | | 30.87 ✓ | 1,379.22 |
| 04/20/09 | 126 | Jilcar Development | Dividend paid 2.89% on $5,105.91; Claim# 28; Filed: $5,105.91; Reference: | 7100-000 | | 147.90 ✓ | 1,231.32 |
| 04/20/09 | 127 | Robert Spooner Galerie | Dividend paid 2.89% on $216.22; Claim# 29; Filed: $216.22; Reference: | 7100-000 | | 6.26 ✓ | 1,225.06 |
| 04/20/09 | 128 | Appalachian Distributors | Dividend paid 2.89% on $19,199.85; Claim# 30; Filed: $19,199.85; Reference: 0950 | 7100-000 | | 556.16 ✓ | 668.90 |
| 04/20/09 | 129 | eCAST Settlement Corporation/HSBC Bank | Dividend paid 2.89% on $20,636.70; Claim# 33; Filed: $20,636.70; Reference: \*\*\*\*\*\*\*\*\*\*\*\*5672 | 7100-000 | | 597.78 ✓ | 71.12 |
| 04/20/09 | 130 | Bob Siemon Designs | Dividend paid 2.89% on $809.89; Claim# 34; Filed: $809.89; Reference: 7140000S | 7100-000 | | 23.46 ✓ | 47.66 |
| 04/20/09 | 131 | ComEd | Dividend paid 2.89% on $596.58; Claim# 35; Filed: $596.58; Reference: 15150-44042 | 7100-000 | | 17.28 ✓ | 30.38 |
| 04/20/09 | 132 | The Lang Companies | Dividend paid 2.89% on $224.15; Claim# 36; Filed: $224.15; Reference: 182996 | 7100-000 | | 6.49 ✓ | 23.89 |
| 04/20/09 | 133 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 23.89 ✓ | 0.00 |
| | | | Dividend paid 2.89% on $113.61; Claim# 1; Filed: $113.61; Reference: 2062484 | 7100-000 | | 3.29 | 0.00 |
| | | | Dividend paid 2.89% on $106.90; Claim# 9; Filed: $106.90; Reference: 0542 | 7100-000 | | 3.10 | 0.00 |

Subtotals: $0.00 $2,754.94

{} Asset reference(s)    Printed: 06/22/2009 02:13 PM    V.11.21

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 07-70780 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | REES, FRANK W | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | REES, CAROL L | | Account: | ***-*****23-66 - Checking Account |
| Taxpayer ID #: | 13-7595171 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/22/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Dividend paid 2.89% on $107.80; Claim# 10; Filed: $107.80 | 3.12 | 7100-000 | | | 0.00 |
| | | | Dividend paid 2.89% on $91.80; Claim# 12; Filed: $91.80; Reference: IL5320 | 2.66 | 7100-000 | | | 0.00 |
| | | | Dividend paid 2.89% on $126.59; Claim# 13; Filed: $126.59 | 3.67 | 7100-000 | | | 0.00 |
| | | | Dividend paid 2.89% on $170.58; Claim# 31; Filed: $170.58; Reference: 140217 | 4.94 | 7100-000 | | | 0.00 |
| | | | Dividend paid 2.89% on $107.34; Claim# 32; Filed: $107.34; Reference: 5121071865734523 | 3.11 | 7100-000 | | | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 10,940.43 | 10,940.43 | $0.00 |
| Less: Bank Transfers | 10,940.43 | 0.00 | |
| Subtotal | 0.00 | 10,940.43 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $10,940.43 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****23-65 | 10,951.26 | 10.83 | 0.00 |
| Checking # ***-*****23-66 | 0.00 | 10,940.43 | 0.00 |
| | $10,951.26 | $10,951.26 | $0.00 |